

_____
**ROBERT A. GORDON
U. S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **Dale H. Thompson** | ) | **Case No. 10-21521 (RAG)** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

### ORDER GRANTING SECOND INTERIM AND FINAL APPLICATION OF WHITEFORD, TAYLOR & PRESTON, LLP, AS COUNSEL TO THE DEBTOR, FOR INTERIM AND FINAL ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD NOVEMBER 1, 2010 THROUGH AND INCLUDING JUNE 16, 2011, AND FOR FINAL ALLOWANCE OF <u>PREVIOUSLY REQUESTED FEES AND EXPENSES</u>

Upon consideration of the *Second Interim and Final Application of Whiteford, Taylor & Preston, LLP, as Counsel to the Debtor, for Interim and Final Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the period from November 1, 2010 through and including June 16, 2011, and for Final Allowance of Previously Requested Fees and Expenses* (the "Application"), adequate and proper notice having been given, any objections having been addressed or resolved, and it appearing that the compensation requested is reasonable and a benefit to this estate, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED**, that capitalized terms not defined herein shall have the meanings ascribed to them in the Application; and it is further

**ORDERED**, that the request contained within the Application be, and the same is hereby, approved and allowed in the amount of $150,000 as compensation for services rendered during the period from November 1, 2010 through June 16, 2011 (the "Application Period"); and it is further

**ORDERED**, that the request contained within the Application be, and the same is hereby, approved and allowed in the amount of $7,511.84 as reimbursement for expenses incurred during the Application Period; and it is further

**ORDERED**, that the Debtor is hereby authorized and directed to pay to WTP all requests for compensation and reimbursement of expenses approved and allowed herein.

cc:

John F. Carlton, Esq.
Todd M. Brooks, Esq.
Whiteford Taylor & Preston LLP
Seven Saint Paul Street
Baltimore, Maryland 21202-1636

Office of the United States Trustee
c/o Edmund A. Goldberg, Esquire
101 West Lombard Street
Baltimore, Maryland  21201

**END OF ORDER**